```
 1  Ronald L. Richman, SBN 139189
    Joye Blanscett, SBN 191242
 2  Bullivant Houser Bailey PC
    601 California Street, Suite 1800
 3  San Francisco, CA 94108
    e-mail: ron.richman@bullivant.com
 4  Telephone:   (415) 352-2700
    Facsimile:   (415) 352-2701
 5
 6  Attorneys for Plaintiffs
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NOTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> v. <br><br> TDW CONSTRUCTION, INC., a California Corporation; EDMUNDO ALIRE, JR., an individual, <br><br> Defendants. | Case No.: C06-4737 JSW <br><br> **PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE;** ~~PROPOSED~~ **ORDER** <br><br> Date: January 12, 2007 <br> Time: 1:30 p.m. <br> Ctroom: 2, 17th Floor <br> Hon. Jeffrey S. White |

///
///
///
///
///

-1-

PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT; ~~PROPOSED~~ ORDER

IMANAGE_SFO:6074659.1

1     In conjunction with this Statement in Lieu of Case Management Conference Statement, counsel is filing the Substitution of Counsel. The law firm of Bullivant Houser Bailey PC is substituting in as new counsel for Plaintiffs in place of prior counsel, Stanton, Kay & Watson LLP.

    Defendants were served with the First Amended Complaint on December 6, 2006. Prior counsel granted counsel for Defendants up to and including January 8, 2007 to file a responsive pleading.

    In light of the Substitution of Counsel and the extended period of time granted to Defendants to file a responsive pleading, Plaintiffs request that the Case Management Conference currently scheduled for January 12, 2007, and all related filing dates, be continued for 60 days to a date convenient for the Court, so that new counsel may have time to become fully apprised of this litigation file, meet and confer with Defendants' counsel and proceed to comply with all filings due in advance of the Case Management Conference.

DATED: January 2, 2007

BULLIVANT HOUSER BAILEY PC

By _____
        Ronald L. Richman

Attorneys for Plaintiffs

## CASE MANAGEMENT ORDER

The Court having read Plaintiffs' Statement in Lieu of Case Management Conference Statement and good cause appearing therefore:

IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for January 12, 2007 at 1:30 p.m. be continued to __April 6__, 2007 at 1:30 p.m., Courtroom 2, 17th Floor and that all meet and confer requirements and filings as set forth in this Court's August 4, 2006 Order Setting Initial Case Management Conference and ADR Deadlines be continued accordingly

DATED: January __8__, 2007

By _/s/ Jeffrey S. White_
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE