03/22/2007 11:53 FAX        BULLIVANT HOUSER BAILEY                      ☒002
From:WILLIAM D. THOMSON            925 447 1078            03/22/2007 08:41 #051 P.002/003
Case 3:06-cv-04737-JSW    Document 15    Filed 03/22/2007    Page 1 of 2

03-22-2007    09:00    From-BULLIVANT SFO              4153522701         T-582    P.002/003    F-848

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Board of Trustees Of The Laborers Health
and Welfare Trust Fund, et al.,

        Plaintiff(s),

    v.

TDW Construction, Inc., a California
Corporation; Edmundo Alire, Jr., an
individual

        Defendant(s).

CASE NO. C-06-4737 JSW

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
      Non-binding Arbitration (ADR L.R. 4)
✓     Early Neutral Evaluation (ENE) (ADR L.R. 5)
      Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
      Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
✓     the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

      other requested deadline _____

Dated: 3/22/07 _____

                                                                   Attorney for Plaintiff

Dated: 3/22/07 _____

                                                                   Attorney for Defendant

03/22/2007 11:53 FAX   BULLIVANT HOUSER BAILEY   ☒003
From: WILLIAM D. THOMSON   925 447 1078   03/22/2007 08:41 #051 P.003/003
03-22-2007 09:00   From-BULLIVANT SFO   4153522701   T-582  P.003/003  F-548

Case 3:06-cv-04733-JSW Document 15 Filed 03/22/2007 Page 2 of 2

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- Non-binding Arbitration
- ✓ Early Neutral Evaluation (ENE)
- Mediation
- Private ADR

Deadline for ADR session
- ✓ 90 days from the date of this order.
- other

IT IS SO ORDERED.

Dated: March 22, 2007

*Jeffrey S. White*

UNITED STATES MAGISTRATE JUDGE
DISTRICT