United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TDW CONSTRUCTION, INC., et al.<br><br>Defendants. | No. C 06-04737 JSW<br><br>**ORDER REQUESTING JOINT STATUS REPORT RE SETTLEMENT** |

The Court has received the Certification of ADR Session, in which the evaluator reports that this matter has been settled. The parties are HEREBY ORDERED to submit a joint status report by July 27, 2007, advising the Court as to when they expect the matter to be dismissed. That deadline shall be vacated if a dismissal is received in the interim.

**IT IS SO ORDERED.**

Dated: June 22, 2007

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE