Ronald L. Richman, SBN 139189
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, CA 94108
e-mail: ron.richman@bullivant.com
Telephone: (415) 352-2700
Facsimile: (415) 352-2701

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NOTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,

Plaintiffs,

v.

TDW CONSTRUCTION, INC., a California Corporation; EDMUNDO ALIRE, JR., an individual,

Defendants.

Case No.: C06-4737 JSW

**STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER THEREON**

/ / /

/ / /

/ / /

/ / /

6088841.1

-1-
STIPULATION FOR DISMISSAL; ORDER

IT IS HEREBY STIPULATED by and between Plaintiffs Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California, Board of Trustees of the Laborers Vacation-Holiday Trust Fund for Northern California, Board of Trustees of the Laborers Pension Trust Fund for Northern California and Board of Trustees of the Laborers Training and Retraining Trust Fund for Northern California on the one hand, and TDW Construction, Inc., a California Corporation and Edmundo Alire, Jr., an individual, jointly and severally, on the other hand, that pursuant to the Settlement Agreement and Release and Stipulation for Judgment executed by the parties, that this case be dismissed in its entirety, with prejudice, against all Defendants, each side bearing their own attorneys' fees and costs.

DATED: November 1, 2007

BULLIVANT HOUSER BAILEY PC

By _____
Ronald L. Richman
Attorneys for Plaintiffs

DATED: November 1, 2007

By _____
William Thomson
Attorney for Defendants

-2-
STIPULATION FOR DISMISSAL; ORDER

6088841.1

| | |
|---|---|
| 1 | **ORDER OF DISMISSAL** |
| 2 | Pursuant to Stipulation by the parties, |
| 3 | IT IS HEREBY ORDERED that this case be dismissed in its entirety, with prejudice, |
| 4 | against all Defendants, each side bearing their own attorneys' fees and costs. |
| 5 | Dated: November 1, 2007 |
| 6 | _____ |
| 7 | Hon. Jeffrey S. White<br>United States District Court Judge |